UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| VICTOR JIMENEZ, | ) |
|         Plaintiff, | ) |
| v. | ) CAUSE NO. 1:11-cv-1582-RLY-TAB |
| UNITED STATES OF AMERICA, | ) |
|         Defendant. | ) |

## STIPULATION OF DISMISSAL

Plaintiff, by counsel, and the United States of America, by counsel, hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that this matter should be dismissed, with prejudice, since the matters at issue herein have been fully settled and compromised.

Respectfully submitted,

**For the Plaintiff:**                                **For the Defendant:**

                                                                                             JOSEPH H. HOGSETT
                                                                                              United States Attorney

/s/ *Kenneth J. Falk*              By:   /s/ *Thomas E. Kieper* (w/permission)
Kenneth J. Falk                              Thomas E. Kieper
One of Plaintiff's Attorneys                 Assistant United States Attorney