UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| VICTOR JIMENEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 1:11-cv-1582-RLY-TAB |
| | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

The parties, having filed their Stipulation of Dismissal, and the Court having read the Stipulation, and being duly advised, finds that good cause exists to grant it, and,

IT IS THEREFORE ORDERED that this cause is DISMISSED, with prejudice.

_____     _____
Date                                              Judge, United States District Court

cc:

Kenneth J. Falk
ACLU of Indiana
kfalk@aclu-in.org

Gavin M. Rose
ACLU of Indiana
grose@aclu-in.org

Thomas E. Kieper
Assistant United States Attorney
tom.kieper@usdoj.gov